a

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

SAUL ALBERTO CASTANO PALACIOS,
Petitioner

CIVIL DOCKET NO. 1:26-CV-02310 SEC P

VERSUS

JUDGE JAMES D. CAIN, JR.

WARDEN CENTRAL LOUISIANA ICE PROCESSING CENTER,
Respondents

MAGISTRATE JUDGE PEREZ-MONTES

---

## MEMORANDUM ORDER

Before the Court is a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (ECF No. 1) filed by pro se Petitioner Saul Alberto Castano-Palacios ("Castano-Palacios"), an immigration detainee at Central Louisiana ICE Processing Center in Jena, Louisiana. Castano-Palacios challenges the legality of his continued detention.

Because additional information is necessary to evaluate Castano-Palacios's claim, he must AMEND the Petition.

### I.    Background

Castano-Palacios alleges that he has been in ICE custody since April 30, 2026. He provides no information regarding his nationality and citizenship.

### II.    Law and Analysis

The Rules governing habeas corpus proceedings states a petition may be summarily dismissed "[i]f it plainly appears from the face of the petition and any exhibits annexed to it that the petitioner is not entitled to relief in the district

1

court." Rule 4, Rules Governing Section 2254 Cases.  Castano-Palacios is proceeding pro se and will be afforded the opportunity to amend.  *See Johnson v. United States*, 323 F. App'x 310, 312 (5th Cir. 2009) (unpublished) (citing *Bazrowx v. Scott*, 136 F.3d 1053, 1054 (5th Cir. 1998)).

Accordingly, Castano-Palacios must amend his Petition to provide information regarding his nationality and citizenship; whether he has a final removal order; whether he has requested or received a bond hearing; and any other information relevant to his detention and immigration proceedings.  Castano-Palacios must also state why he believes his detention is unlawful.

## III.    Conclusion

Because additional information is needed to evaluate the Petition, IT IS ORDERED that Castano-Palacios AMEND the Petition as instructed within 30 days.

SIGNED on Thursday, July 9, 2026.

_____
JOSEPH H.L. PEREZ-MONTES
UNITED STATES MAGISTRATE JUDGE

2