**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **SAUL ALBERTO CASTANO PALACIOS #A220-659-258** | **CASE NO. 1:26-CV-02310 SEC P** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **WARDEN CENTRAL LOUISIANA I C E PROCESSING CENTER** | **MAGISTRATE JUDGE PEREZ-MONTES** |

# JUDGMENT

For the reasons stated in the Report and Recommendation (Doc. 7) of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that the Petition for Writ of Habeas Corpus is **DENIED** and **DISMISSED WITHOUT PREJUDICE.**

**THUS DONE AND SIGNED** in chambers on this 21st day of October, 2026.

**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**